UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF HEARING**

**Hearing Information:**

Debtor: WANDA HERNANDEZ DE LA ROSA

Case Number: 18-04639-MCF

Joint Debtor:

Chapter: 13

Date / Time / Room: 3-7-2019 at 9:00 AM

Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: MARTA BORREGO

Reporter / ECR: LOURDES ALVAREZ

**Matter:**
CONFIRMATION HEARING

**Appearances:**
☐ Debtor
☑ Debtor's Attorney
☑ Trustee
☐ Creditors/Others:

**Proceedings:**
**ORDER:**

☐ Plan Dated:_____ [Docket no. ____] is: ☐ CONFIRMED ☐ NOT CONFIRMED

☐ Favorable recommendation in open court._____

☐ LBR 3015-3(g) applies.

☑ Hearing on Confirmation is continued to: 6/6/2019 at 9:00 am

☐ Movant's application to withdraw motion is GRANTED. RE:_____.

☐ The motion to convert filed by _____ Docket No.____ is: ☐ Granted ☐ Denied ☐ Withdrawn ☐ Moot.

☐ Additional Comments:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge